# Exhibit 1

Imperials Car Club v. Montoya, No. 2:18-cv-10243-JAK (KSx)

| Table 1 | | | |
|---|---|---|---|
| *Task 1: Preparation of Complaint and Motion for Preliminary Injunction* | | | |
| **Attorney** | **Hourly Rate** | **Hours** | **Fee** |
| David J. Steele (Partner) - 2018 Rate | $550.00 | 3.4 | $1,870.00 |
| Sandra J. Wunderlich (Partner) | $515.00 | 12.5 | $6,437.50 |
| Steven E. Lauridsen (Senior Associate) - 2018 Rate | $465.00 | 9.8 | $4,557.00 |
| Shelby K. Fowler (Paralegal) | $190.00 | 1 | $190.00 |
| **Fee Requst for Task 1** | | **26.7** | **$13,054.50** |
| *Task 2: Motion for Default Judgment* | | | |
| **Attorney** | **Hourly Rate** | **Hours** | **Fee** |
| David J. Steele (Partner) - 2019 Rate | $575.00 | 2 | $1,150.00 |
| Steven E. Lauridsen (Senior Associate) - 2019 Rate | $490.00 | 7.5 | $3,675.00 |
| **Fee Requst for Task 2** | | **9.5** | **$4,825.00** |
| *Task 3: Motion for Attorneys' Fees* | | | |
| **Attorney** | **Hourly Rate** | **Hours** | **Fee** |
| David J. Steele (Partner) - 2019 Rate | $575.00 | 0.8 | $460.00 |
| Steven E. Lauridsen (Senior Associate) - 2019 Rate | $490.00 | 3.7 | $1,813.00 |
| **Fee Requst for Task 3** | | **4.5** | **$2,273.00** |

Exhibit 1
Page 3