# Exhibit 2

Imperials Car Club v. Montoya, No. 2:18-cv-10243-JAK (KSx)

| Table 2 | | | | |
|---|---|---|---|---|
| **Attorney** | **Hourly Rate** | **Hours by Task** | | **Totals** |
| David J. Steele (Partner) - 2018 Rate | $550.00 | Task | Total Hours Spent by Attorney on Task | **Hours: 3.4**<br>**Amount: $1,870** |
| | | Preparation of Complaint and Motion for Preliminary Injunction | 3.4 | |
| David J. Steele (Partner) - 2019 Rate | $575.00 | Motion for Default Judgment | 2 | **Hours: 2.8**<br>**Amount: $1,610** |
| | | Motion for Attorneys' Fees | 0.8 | |
| Sandra J. Wunderlich (Partner) | $515.00 | Preparation of Complaint and Motion for Preliminary Injunction | 12.5 | **Hours: 12.5**<br>**Amount: $6,437.50** |
| Steven E. Lauridsen (Senior Associate) - 2018 Rate | $465.00 | Preparation of Complaint and Motion for Preliminary Injunction | 9.8 | **Hours: 9.8**<br>**Amount: $4,557** |
| Steven E. Lauridsen (Senior Associate) - 2019 Rate | $490.00 | Motion for Default Judgment | 7.5 | **Hours: 11.2**<br>**Amount: $5,488** |
| | | Motion for Attorneys' Fees | 3.7 | |
| Shelby K. Fowler (Paralegal) | $190.00 | Preparation of Complaint and Motion for Preliminary Injunction | 1 | **Hours: 1**<br>**Amount: $190** |
| **Total** | | | | **Hours: 40.7**<br>**Total: $20,152.50** |

Exhibit 2
Page 4